## Commonwealth *v.* Singleton, Appellant.

Submitted December 8, 1972. *Neil Leibman,* for appellant; *Ronald I. Rosen* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction affirmed and record remanded for resentence under The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S. §§780-101 ff. See *Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).

## Commonwealth *v.* Smith, Appellant.

Submitted December 4, 1972. *Robert G. Allman,* for appellant; *Mary Rose Cunningham* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.